# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Damon Ross, | **Chapter** 13 |
| | **Case Number:** 22-43329 |
| Debtor | **Judge:** Judge Lisa Gretchko |

_____/

## OBJECTION TO MICHIGAN DEPARTMENT OF TREASURY'S PROOF OF CLAIM (PACER NO. 7-1)

NOW COMES, Damon Ross, by and through their attorney, Jaafar Law Group PLLC, in support of their objection to the Michigan Department of Treasury's Proof of Claim filed on September 12, 2022, states as follows:

1. Debtor filed for Chapter 13 relief on April 25, 2022.
2. Creditor, Michigan Department of Treasury, on September 12, 2022, filed a proof of claim No. 7-1 – including priority claims for unfiled 2021 and 2020 State of Michigan and City of Detroit tax returns.
3. Debtor is disputing that they owe the amounts being claimed because said returns have been filed and no said liability is owing.

WHEREFORE, Debtor's respectfully request that this Honorable court sustain their Objection to Michigan Department of Treasury's proof of claim.

Respectfully Submitted,

**MIKE JAAFAR LAW FIRM PLLC**

/s/David Ienna
David Ienna P77170
Attorneys for Debtor
1 Parklane Blvd, Suite 729 East
Dearborn, MI 48126
(888) 324-7629

Dated: October 5, 2022

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

    Damon Ross,                       **Chapter** 13
                                            **Case Number:** 22-43329
                Debtor             **Judge:** Judge Lisa Gretchko

_____/

## ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 7-1 FILED BY MICHIGAN DEPARTMENT OF TREASURY

      This matter having come before the Court by way of objection of the Chapter 13 Debtor to the allowance of above-referenced claim and service having been made with a notice of hearing allowing a thirty-three (33) day notice period pursuant to F.R.Bankr.P. 3007, the requisite time having passed without a response having been timely served and the Court being otherwise sufficiently advised in the premises;

      **IT IS HEREBY ORDERED** that Claim No.7-1 is disallowed to the extent it estimates liability for 2020 and 2021 tax years.

**-Exhibit A-**

**UNITED STATES BANKRUPTCY COURT**
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Damon Ross, | **Chapter** 13 |
| | **Case Number:** 22-43329 |
| Debtor | **Judge:** Judge Lisa Gretchko |
| _____/ | |

## NOTICE OF OBJECTION TO PROOF OF CLAIM

The Debtor in the above captioned matter has filed an objection to your claim in this Bankruptcy Case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with you attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before November 8, 2022, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

    U.S. Bankruptcy Court-Court Clerk
    211 W. Fort Street
    Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

    1. Jaafar Law Group PLLC, Attn: David Ienna, 1 Parklane Blvd, Suite 729 East, Dearborn, MI 48126

    2. Krispen Carroll, Chapter 13 Trustee, 719 Griswold, Suite 1100
    3. Detroit, MI 48226

    4. Attend the hearing on the objection, scheduled to be held on November 15, 2022 at 9:00 a.m. on the 19th floor at 211 West Fort St, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received. A pre-trial

scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Respectfully Submitted,

**MIKE JAAFAR LAW FIRM PLLC**

/s/David Ienna
David Ienna P77170
Attorneys for Debtor
1 Parklane Blvd, Suite 729 East
Dearborn, MI 48126
(888) 324-7629

Dated: October 5, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Damon Ross, | **Chapter** 13 |
| | **Case Number:** 22-43329 |
| Debtor | **Judge:** Judge Lisa Gretchko |

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, a copy of **the Objection to Michigan Department of Treasury's Proof of Claim (Pacer Claim No. 7-1)**, proposed order, notice to respondent, and this certificate of service was served electronically or by regular United States mail to the following:

**Michigan Department of Treasury**
P.O. Box 30168
Lansing, MI 48909

**Michigan Department of Treasury**
c/o Kavita Kale
PO Box 30168
Lansing, MI 48909

Respectfully Submitted,

**MIKE JAAFAR LAW FIRM PLLC**

/s/David Ienna
David Ienna P77170
Attorneys for Debtor
1 Parklane Blvd, Suite 729 East
Dearborn, MI 48126
(888) 324-7629

Dated: October 5, 2022